UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00350-AC |
| Plaintiff, | ) ) | [~~Proposed~~]ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| DEANNA L. KING, | ) ) | DATE: January 30, 2017<br>TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00350-AC without prejudice is GRANTED.

It is further ordered that the Status Conference scheduled on January 30, 2017, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: January 4, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

MTN TO DISMISS AND VACATE                1                U.S. v. DEANNA L. KING